**1UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

**SHAWN D. CARRIER,**

**Plaintiff,**

**v.** **Case No. 5:26-cv-136-TKW-MJF**

**SHERIFF EDENFIELD, et al.,**

**Defendants**.
____________________________________/

# ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 16). No objections were filed.

Upon due consideration of the Report and Recommendation, the Court agrees with the magistrate judge's determination that this case should be dismissed based on Plaintiff's failure to pay the filing fee, failure to comply with court orders, and failure to prosecute. Accordingly, it is

ORDERED that:

1. The Report and Recommendation is adopted and incorporated by reference into this Order.

2. This case is DISMISSED without prejudice based on Plaintiff's failure to pay the filing fee, failure to comply with court orders, and failure to prosecute.

3. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE and ORDERED** this 26th day of October, 2026.

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**